Opinion filed November 16, 2006 















 
 
  
 
 







 
 
  
 
 




Opinion filed November 16, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00152-CR 

                                                    __________

 

                              MONROE DEAN ROBINSON, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                        On
Appeal from the 252nd District Court

 

                                                       Jefferson
 County, Texas

 

                                                    Trial
Court Cause No. 95163

 



 

                                                                   O
P I N I O N

Monroe
Dean Robinson has filed in this court a motion to dismiss his appeal.  The motion is signed by both appellant and
his counsel.  The motion is granted, and
the appeal is dismissed.

 

PER
CURIAM

November 16, 2006

Do not publish.  See Tex.
R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J, 

McCall, J., and Strange,
J.